UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 26459
    JOEL EDWARD BOWSER
    LISA JEAN BOWSER                            CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-1114      SSN XXX-XX-1712

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/16/04 and confirmed on 10/08/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  31559.95 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NAVY FEDERAL CU | SECURED | 150.00 | 6.73 | 150.00 |
| CONSUMER PORTFOLIO SERVI | SECURED | 8425.00 | 365.09 | 8425.00 |
| CFC FINANCIAL | UNSECURED | 158.86 | .00 | 103.12 |
| BAKER MILLER MARKOFF | UNSECURED | NOT FILED | .00 | .00 |
| BELL SOUTH | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 220.02 | .00 | 142.82 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CHEVRON | UNSECURED | 394.11 | .00 | 255.82 |
| CREDIT PROTECTION ASSOCI | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1292.21 | .00 | 838.80 |
| EXECUTIVE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| EXECUTIVE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| EXECUTIVE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| EXECUTIVE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL ANESTHESIA | UNSECURED | 320.00 | .00 | 207.72 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| L M OUZTS MD | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 8386.48 | .00 | 5443.83 |
| METROPOLITAN EDUCATION | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEXCOM | UNSECURED | 3334.67 | .00 | 2164.60 |
| MILITARY STAR | UNSECURED | NOT FILED | .00 | .00 |
| NAVY FEDERAL CU | UNSECURED | 449.03 | .00 | 291.47 |
| PIONEER ML GA | UNSECURED | 1750.00 | .00 | 1135.96 |
| ASSET ACCEPTANCE CORP | UNSECURED | 887.61 | .00 | 576.17 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 787.26 | .00 | 511.03 |

```
SOUTHWEST GAS CORP         UNSECURED    NOT FILED              .00           .00
ASSET ACCEPTANCE CORP      UNSECURED      187.76               .00        121.88
UNIVERSITY OF PHOENIX      UNSECURED    NOT FILED              .00           .00
ECMC                       FILED LATE         .00              .00           .00
ECMC                       FILED LATE         .00              .00           .00
WACHOVIA BANK              UNSECURED    NOT FILED              .00           .00
WEST TEXAS UTILITIES       UNSECURED    NOT FILED              .00           .00
CONSUMER PORTFOLIO SERVI   UNSECURED     7799.88               .00       5063.05
NAVY FEDERAL CU            UNSECURED      370.95               .00        240.79
NAVY FEDERAL CU            UNSECURED      869.98               .00        564.72
```

Summary of disbursements:

---

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 8575.00  | .00      | 27208.82  | .00   | 35783.82 |
| PRINCIPAL PAID     | 8575.00  | .00      | 17661.78  | .00   | 26236.78 |
| INTEREST PAID      | 371.82   | .00      | .00       | .00   | 371.82   |
| TOTAL PAID         | 8946.82  | .00      | 17661.78  | .00   | 26608.60 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $    200.00  direct and $   2500.00  through the plan.

The Trustee received $   1311.40 .

Refunds to the Debtor totaled $   1139.95 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/10/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO.  04 B 26459 JOEL EDWARD BOWSER & LISA JEAN BOWSER